**Robert Wm. CRAWFORD, Petitioner,**

v.

**COMMON PLEAS COURT OF LUCAS COUNTY, Toledo, OHIO, et al., and Circuit Court of Kalamazoo, Michigan, et al., Respondents.**

United States Court of Appeals
Sixth Circuit.

Aug. 19, 1959.

Alan C. Joseph, Cincinnati, Ohio, for appellant.

William Saxbe, Atty. Gen. of Ohio, Paul L. Adams, Atty. Gen. of Michigan, for appellees.

PER CURIAM.

Petitioner's application of June 24, 1959, for a writ of habeas corpus is denied. The Court of Appeals has no jurisdiction to entertain a petition for habeas corpus. Sec. 2241, Title 28 U.S.C.; *Meek* v. *State of California,* 9 Cir., 220 F.2d 348; *Posey* v. *Dowd,* 4 Cir., 134 F.2d 613.

Petitioner's applications for certificate of probable cause and for leave to appeal in forma pauperis are denied. Sec. 2253, Title 28 U.S.C.; *Ex parte Farrell,* 1 Cir., 189 F.2d 540, 543, 545, certiorari denied *Farrell* v. *O'Brien,* 342 U.S. 839, 72 S.Ct. 64, 96 L.Ed. 634; *Sheehan* v. *Huff,* 78 App.D.C. 391, 142 F.2d 81, certiorari denied 322 U.S. 764, 64 S.Ct. 1287, 88 L.Ed. 1591; *Frisbie* v. *Collins,* 342 U.S. 519, 522, 72 S.Ct. 509, 96 L.Ed. 541, rehearing denied 343 U.S. 937, 72 S.Ct. 768, 96 L.Ed. 1344.